# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01276-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 20) |

On July 26, 2021, the parties filed a stipulation extending the time for Defendant to serve a confidential letter brief by thirty days due to an impacted workload. (ECF No. 20.) The Court finds good cause to grant the stipulated extension.

Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Defendant's confidential letter brief shall be served on or before August 25, 2021;
2. If the parties do not agree to a remand, Plaintiff's opening brief shall be filed on or before September 24, 2021;
3. Defendant's responsive brief shall be filed on or before October 25, 2021; and

///
///
///

1

4. Plaintiff's reply shall be filed on or before November 9, 2021.

IT IS SO ORDERED.

Dated: **July 26, 2021**

_____
UNITED STATES MAGISTRATE JUDGE